UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
_____

DEBORAH LAUFER,
                Plaintiff,

       v.                                    8:20-cv-1974

FT. MEADE HOSPITALITY, LLC,
                Defendant.
_____

## MOTION FOR EXTENSION OF TIME TO RESPOND
## TO DEFENDANT'S MOTION TO DISMISS

      Comes now, counsel for Plaintiff seeking an extension of time to respond to Defendant's Motion to Dismiss. At issue is the fact that this Court, on 12/16/2020, issued an Order to Show Cause regarding Plaintiff's other cases in this Court. Plaintiff responded to same on 12/17/2020 (hereinafter, "Plaintiff's OTSC response"). Plaintiff respectfully requests the opportunity to see this Court's response to Plaintiff's OTSC Response prior to preparing and filing a response to Defendant's Motion to Dismiss.

      Respectfully submitted,

*/s/ Tristan W. Gillespie*

Tristan W. Gillespie, Esq.
THOMAS B. BACON, P.A.
*Attorneys for Plaintiff*

1